**LAQUER, URBAN, CLIFFORD & HODGE LLP**
Michael A. Urban, Nevada State Bar #3875
4270 South Decatur Blvd., Suite A-9
Las Vegas, Nevada 89103
Telephone: (702) 968-8087
Facsimile:  (702) 968-8088
Electronic Mail: urban@luch.com

E-Filed: April 10, 2009

**Counsel for Creditor I.A.T.S.E. Local 720**

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>JAY A. RITZ, SR. and MELODY A. RITZ,<br><br>Debtors. | CASE NO.: 09-14575-bam<br>CHAPTER 7<br><br>**REQUEST FOR SPECIAL NOTICE**<br><br>**NO HEARING REQUIRED** |

TO THE CLERK OF THE U.S. BANKRUPTCY COURT, THE DEBTOR, THE ATTORNEY OF RECORD, THE TRUSTEE, AND TO ALL PARTIES OF INTEREST:

PLEASE TAKE NOTICE that the INTERNATIONAL ALLIANCE OF STAGE EMPLOYEES, MOVING PICTURE TECHNICIANS, ARTISTS AND ALLIED CRAFTS OF THE UNITED STATES, ITS TERRITORIES AND CANADA, LOCAL 720, LAS VEGAS, NEVADA ("Local 720"), creditor herein, hereby requests, pursuant to Federal Rules of Bankruptcy Procedure 2002 and 9007 and 11 U.S.C. §§ 102(l), 342 and 1109(b), that special notice of all matters given or required to be given and all papers served or required to be served in this case to the debtor, the Trustee, creditors, equity security holders, creditors' committees, or other interested parties herein, be also given to and served, whether electronically or otherwise, on counsel for Creditor Local 720 as follows:

....

....

....

202925.1

1

1 | LAQUER, URBAN CLIFFORD & HODGE LLP
Michael A. Urban, Esq.
2 | 4270 South Decatur Blvd., Suite A-9
Las Vegas, NV 89103
3 | Telephone: (702) 968-8087
Facsimile: (702) 968-8088
4 | Electronic Mail: urban@luch.com

5 | DATED this 10 day of April, 2009.

6

7 |         **LAQUER, URBAN, CLIFFORD & HODGE LLP**

8 | By: _____
9 |         Michael A. Urban, NSB #3875
        4270 Decatur Blvd., Suite A-9
10 |         Las Vegas, Nevada 89103
        Telephone: (702) 968-8087
11 |         Facsimile:  (702) 968-8088
        *Counsel for Creditor*
12

13

14 |         **CERTIFICATE OF MAILING**

15 | I certify that on the 10 day of April, 2009, I served a copy of the foregoing **REQUEST FOR**
16 | **SPECIAL NOTICE** by United States Postal Service, postage prepaid, to the following:

17 | H. Stan Johnson, Esq.
COHEN, JOHNSON & DAY
18 | 6293 Dean Martin Drive, Suite G
Las Vegas, Nevada 89118
19 | *Counsel for Debtors Jay A. Ritz, Sr. and Melody A. Ritz*

20 | Lames F. Lisowski, Sr.
21 | P.O. Box 95695
Las Vegas, Nevada 89193
22 | *Bankruptcy Trustee*

23

24 | _____
An Employee of Laquer, Urban, Clilfford & Hodge LLP
25

26

27

28

202925.1         2