B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## District of Nevada

In re    **JAY A RITZ, SR,**
      **MELODY A RITZ**

Case No.    __09-14575__

Debtors ,

Chapter      __7__

# SUMMARY OF SCHEDULES - AMENDED

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 644,000.00 | | |
| B - Personal Property | Yes | 18 | 47,625.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 871,641.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 14 | | 122,213.57 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 3,847.26 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 10,105.00 |
| Total Number of Sheets of ALL Schedules | | 40 | | | |
| Total Assets | | | 691,625.00 | | |
| Total Liabilities | | | | 993,854.57 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## District of Nevada

In re    **JAY A RITZ, SR,**
     **MELODY A RITZ**

Case No.     **09-14575**

                          Debtors

Chapter               **7**

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 0.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | 3,847.26 |
| Average Expenses (from Schedule J, Line 18) | 10,105.00 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 5,449.84 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 217,641.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 122,213.57 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 339,854.57 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6A (Official Form 6A) (12/07)

.

In re    **JAY A RITZ, SR,**                                        Case No.   **09-14575**
         **MELODY A RITZ**

                                                       Debtors

# SCHEDULE A - REAL PROPERTY - AMENDED

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

    **Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

    If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Debtors' Residence** | | **C** | **564,000.00** | **750,000.00** |
| **241D Misty Lane Isle Lane, Las Vegas, NV 89107** | | **C** | **80,000.00** | **107,000.00** |

| | | |
|---|---|---|
| Sub-Total > | **644,000.00** | (Total of this page) |
| Total > | **644,000.00** | |

  **0**   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                               Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re    **JAY A RITZ, SR,**                               Case No.   **09-14575**
          **MELODY A RITZ**
                                      Debtors

# SCHEDULE B - PERSONAL PROPERTY - AMENDED

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Checking Account | C | 250.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | Ordinary household furniture | C | 8,000.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | Ordinary clothing | C | 600.00 |
| 7. Furs and jewelry. | | Wedding rings | C | 1,000.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | Life Insurance (No cash value) | C | 0.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |

                                          Sub-Total >     **9,850.00**
                                       (Total of this page)

  **3**   continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                  Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **JAY A RITZ, SR,**                                             Case No. ____**09-14575**_____
         **MELODY A RITZ**
                                                    ,
                                        Debtors

# SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

                                                                    Sub-Total >              **0.00**
                                                              (Total of this page)

Sheet ___**1**___ of ___**3**___ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re   **JAY A RITZ, SR,**                                      Case No.   **09-14575**
        **MELODY A RITZ**

_____,
                              Debtors

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | Chevy Avalanche | C | 10,000.00 |
| | | 1994 Mitsubishi 3000 | C | 2,500.00 |
| | | 2000 Isuzu Box Truck | H | 4,500.00 |
| | | 2001 Lincoln LS Sedan | C | 5,025.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | Office equipment | C | 750.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | Drapery and other miscellaneous rental items (Needs fire certification approx. $50K); See attached Drape Rental Inventory 2008 | C | 7,000.00 |
| | | Rental inventory; see attached inventory sheets | C | 8,000.00 |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |

Sub-Total >          **37,775.00**
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

**B6B (Official Form 6B) (12/07) - Cont.**

In re    **JAY A RITZ, SR,**                                Case No.    **09-14575**
        **MELODY A RITZ**

                                     Debtors

# SCHEDULE B - PERSONAL PROPERTY - AMENDED
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > | **0.00** |
| (Total of this page) | |
| Total > | **47,625.00** |

Sheet  **3**  of  **3**  continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                  Best Case Bankruptcy

| DRAPE RENTAL INVENTORY 2008 | | | |
|---|---|---|---|
| **Velour** | **Stock** | **Velour** | **Stock** |
| 10"x8' Black FL | 4 | 2'x10' Black Velour FL | 1 |
| 12"x25' Black FL | 2 | 2' x20' Black FT | 2 |
| 12"x8' Black FT Velcro | 4 | 30" x50' Black PL | 1 |
| 12" x 12' Black Tie pleaded GR | 1 | 30"x60' Black Velour PL | 1 |
| 18" x 24' Black PL | 1 | 32" x 18'10" Black Tie Pleated | 1 |
| 1' x 19' Black pleaded | 1 | 32"x22' Black PL | 1 |
| 1' x 20' Black Tie Pleated | 5 | 32" x24' Black PL | 1 |
| 1' x 22' Black FT | 3 | 32" x 50' Black Tie Pleated | 1 |
| 1'x25' black FT | 2 | 3' x10'6" Black PL | 1 |
| 12"x40' Black Velour FL | 1 | 3'x10'6" Black FT | 1 |
| 12"x44' Black FT | 1 | 3'x10' Black PL | 1 |
| 12'x50' blackFT | 1 | 3'x10' BL Pocket | 1 |
| 16"x32' Black PL | 1 | 3'x14' Black PL | 1 |
| 18"x40'  black PL | 1 | 3'x16'6" Black PL | 1 |
| 18"x29'  Black velour PL | 1 | 3'x20' Black PL | 2 |
| 18" x40' Black PL | 2 | 3' x 22' Black Tie Pleated | 1 |
| 2' x 10' Black Tie Pleated | 1 | 3'x30'6" Black PL | 1 |
| 2'x10'2" Black Velour FL | 1 | 3'x60 Black FT | 1 |
| 2' x 16' Black Tie Pleated | 2 | 4' x 36' Black Tie Pleated | 2 |
| 2' x18' Black PL | 1 | 3'x61' Black Velour PL | 1 |
| 2'x18' Black Velour FL | 1 | 3'6" x 72' Black Tie Pleated | 1 |
| 2' x 20' Black Tie Pleated | 2 | 4' x 4' Black Tie Flat | 2 |
| 2' x 24' Black Flat Skirting | 2 | 4' x 4' Black Pocketed Panels | 12 |
| 2' x 25' Black FT | 1 | 4' x 6' Black Pocketed Panels | 2 |
| 2' x30' Black PL | 1 | 4' x8' Black PL | 2 |
| 2' x 40' Black Tie Pleated | 1 | 4' x8' Black FL | 2 |
| 2' x 50' Black Tie Flat | 1 | 4' x 13' Black Tie Flat | 1 |
| 2' x 50' Black Tie Pleated | 1 | 4'x14'8" Black PL | 1 |
| 2' x 70' Black Tie Flat | 1 | 4' x115' Black PL | 1 |
| 2' x 102" Black Tie Flat | 1 | 4' x 16' Black Tie Pleated | 1 |
| | | 4' x25' Black PL | 1 |
| | | 4' x 21' Black Tie Pleated | 1 |
| **Velour** | **Stock** | **Velour** | **Stock** |

| | | | |
|---|---|---|---|
| 4' x 25' Black Flat no Ties | 1 | | |
| 4' x 27' Black Tie Flat | 1 | | |
| 4' x 33' Black Tie Pleated | 1 | 6' x 80' Black Tie Pleated | 1 |
| 4' x37' FT | 1 | 6'2" x 10'10" Black Tie Pleated | 1 |
| 4'x40' Black FT | 2 | 6'2" x 48'6" Black Flat with Velcro | 1 |
| 4'x90' Black FT | 1 | 6'6" x 32' Black Tie Pleated | 2 |
| 5' x 4'5" Black Pocketed Panels | 85 | 7' x 12' Black Tie Pleated | 1 |
| 5'x7' Black PK | 1 | 7' x 16'6" Black Tie Pleated | 2 |
| 5'x10" Black pocketed | 1 | 7' x 50' Black Tie Flat | 1 |
| 5'x10" Black PL | 1 | 7'5" x 3'5" Black Tie Flat | 1 |
| 5'6" x 11 Black Pocketed Panel | 1 | 8'x4.5 Black PK | 13 |
| 5'8" x 12' Black Tie Pleated | 1 | 8' x10' Black PL | 3 |
| 5' x 13' Black Tie Flat | 2 | 8'x13' pockets | 1 |
| 5' x 14' Black Pocketed Panels | 1 | 8' x 4' Black Pocketed Panels | 160 |
| 5'x14' Black FT | 1 | 8'x4' Black FT/ties | 2 |
| 5' x 19' Black Tie Flat | 1 | 8'x20' BL.FT | 2 |
| 5' x 25' Black Tie Flat | 1 | 8' x 20' Black Tie PL | 1 |
| 5'x25' Black Pocketed | 1 | 8'x21' Fl./ties | 1 |
| 5'x29 Black PL | 1 | 8' x 25' Black Tie Flat | 1 |
| 5' x 32' Black Pleated | 1 | 8'x33'6" PL | 1 |
| 5' x 60' Black Tie Flat | 1 | 8'x52' BL.PL | 2 |
| 6' x 4'5" Black Pocketed Panels | 32 | 8'x26'6" BL w/ties FT | 1 |
| 6' x 22' Black Tie Pleated | 1 | 9' x 25' Black Tie Flat | 1 |
| 6' x 27' Black Tie FL | 1 | 9'x4'  BlackPL | 1 |
| 6' x 30 Black Tie Pleated | 1 | 10' x 4'5" Black Pocketed Panels | 30 |
| | | 10' x 10' Black Tie Pleated | 1 |
| 6' x 40' Black Tie Pleated | 1 | 10'x14' Black Snaps | 1 |
| 6' x 62' Black Tie Flat | 1 | 10' x 20' Black Tie Pleated | 2 |
| | | 12' x 4'5" Black Pocketed Panels | 143 |
| | | 12'x5'5" PK | 3 |
| | | 12'x6'6 PK | 4 |
| | | 12' x8' Black PL | 1 |
| | | 12' x 10' Black Tie Pleated | 16 |
| | | 12' x 16' Black Tie Pleated | 2 |
| **Velour** | **Stock** | **Velour** | **Stock** |
| 13' x 3' Black Pocketed | 4 | 22' x 8' Black Tie Flat | 3 |

| | | | |
|---|---|---|---|
| 13' x 4'6" Black Tie Flat | 3 | 22'x20' Black PL | 2 |
| 14' x 7' Black Tie Flat | 5 | 22' x 10' Black Tie Pleated | 28 |
| 14' x 8'4" Black Flat No Ties | 1 | 24' x 10' Black Tie PL | 1 |
| 16' x 4' Black Flat w/ Grommets | 2 | 24' x 25' Black Tie PL | 4 |
| 16'x30" Black Pleated | 1 | 24' x 5' Black Tie PL | 2 |
| 16' x 6' Black FL | 4 | 25' x 13' Black Tie Flat PK | 2 |
| 16' x 4'6" Black Pocketed Panels | 228 | 25'x10' Black PL | 1 |
| 16' x 6' Black Tie Pleated GR | 2 | 25'x30' Black PL | 1 |
| 16'2" x 9' Black Tie Pleated | 2 | 26' x 20' Black Tie Pleated | 3 |
| 16' x 10' Black Tie Pleated | 17 | 26' x 6'6" Black Tie Flat | 1 |
| 16' x 12' Black Tie Flat | 3 | 26' x 10' Black Tie Pleated | 82 |
| 16' x 15' Black Tie Pleated | 1 | 30' x 10' Black Tie Pleated | 66 |
| 16' x 16' Black Tie Flat GR | 2 | 30' x 20' Black Tie Pleated | 10 |
| 16' x 25' Black Tie Flat | 1 | 32' x 41' Beige Tie Flat | 1 |
| 16' x 7' Black Pleated | 1 | 36' x 4' Black Tie PL | 2 |
| 17' x 4.5 Black FT | 1 | 36' x 10' Black Tie Pleated | 39 |
| 18' x 4'6" Black Panels | 22 | 36' x 20' Black Tie Pleated | 3 |
| 18'x12" pocketed | 2 | 36'x8' Black PL | 1 |
| 18' x 6' Black Tie Pleated | 1 | 10' x 4'6" Blue Pocketed Panels | 30 |
| 18' x 10' Black Tie Pleated | 6 | 16'x4'6" Blue PK panels | 6 |
| 18' x 17' Black Tie Pleated | 1 | 5'x4'6" Blue PK Panels | 5 |
| 18'x20' snaps/PL | 1 | 22' x 10' Blue Saphire PL ties | 22 |
| 19' x 4' Black Pocketed Panels | 7 | 32"x12' Blue Saphire Pleaded | 1 |
| 19'x13' Black PK | 2 | 12'x15' pewter Gray Pocketed | 1 |
| 20' x 8' Black Tie Flat | 2 | 24'x26' Black PL | 1 |
| 20' x 10' Black Tie Pleated | 8 | 10' x 8' Sky Blue Tie Flat | 4 |
| 20' x 35' Black Tie Flat | 2 | 12' x 24' Sky Blue Tie Flat | 2 |
| 22' x 3' Black Tie Flat | 1 | 18' x 18' Sky Blue Tie Flat | 2 |
| 22' x 4'5" Black Pocketed Panels | 102 | 25' x 24' Sky Blue Tie Flat | 8 |
| | | | |

| Velour | Stock | Velour | Stock |
|---|---|---|---|
| 30' x 10' Sky Blue Pleated Panels | 3 | 48" x 4' Red Pocketed Panels | 6 |
| 3'5" x 4'5" Blue Pocketed Panels | 30 | 22' x 4'5" Red Pocketed Panels | 12 |
| 8'x5' pewter Gray Pocketed | 8 | 18' x 4'5" Red Pocketed Panels | 58 |
| 13'x15' pewter Gray Pocketed | 1` | 16' x 13'6" Red Tie Pleated | 1 |
| 14'x5 pewter Gray Pocketed | 3 | 10' x 13' Red Tie/FL | 2 |
| 5'x14' pewter Gray Pocketed | 1 | 2' x 36' Red Tie Pleated | 1 |
| 9'x5' pewter Gray Pocketed | 1 | 10' x 4' Red Pocketed Panels | 9 |
| 6'x15' pewter Gray Pocketed | 2 | 8' x 4'5" Rose Pocketed Panels | 14 |
| 16'x15' pewter Gray Pocketed | 12 | 8' x 4'5" Purple Pocketed Panels | 30 |
| 12'x5' pewter Gray Pocketed | 8 | 30'x10' Blue Saphire Pleaded | 3 |
| | | 8'x25' Blue Saphire Pleaded | 1 |
| | | 14'x21' Blue Saphire Pleaded | 1 |
| 21' x 34' Gold Tie Flat | 4 | 2'x42' Blue Saphire Pleaded | 1 |
| 2'x14'4" Northern Gray PL | 2 | 4'x10' Blue Saphire Pleaded | 1 |
| 4'x10' Northern Gray PL | 2 | 2'x20' Blue Saphire Pleaded | 1 |
| 8'x3' Northern Gray PL | 1 | 3'x15' Blue Saphire Pleaded | 1 |
| 8"x16' Northern Gray PL | 1 | 20'x24' Black FT | 2 |
| 8'x27' Northern Gray PL | 1 | 30'x13' BL FT | 1 |
| 8'x14'4" Northern Gray PL | 2 | 36'x13' Black PL | 4 |
| 10'x10' Northern Gray PL | 3 | | |
| 18"x50' Northern gray FL | 4 | | |
| 18"x15' Northern gray FL | 2 | | |
| 3' x 15' Northern Gray Tie Pleated | 2 | **Velour Royal Blue canopy** | |
| 10' x 16' Northern Gray Tie Flat | 1 | 24' x 24' Royal Blue Tie Flat | 2 |
| 22' x 4'5" Northern Gray Pocketed Panels | 18 | 21'x7' Royal blue PL | 2 |
| 26' x 10' Northern Gray Tie Pleated | 3 | 21'x17' Royal blue PL | 2 |
| 28' x 10' Northern Gray Tie Pleated | 5 | 9'x6' Royal BlueSnaps | 5 |
| 30' x 10' Northern Gray Tie Pleated | 5 | 18'x21' Royal BluePL | 2 |
| 4'x8'Red Velour Velcro | 1 | 18'x22' Royal BluePL | 2 |
| 12'6"x23' Red Velour Snaps | 1 | 19'x7' Royal Blue | 2 |
| 18" x 4' Red Pocketed Panels 18" High | 12 | 21'x17' Royal BluePleaded | 2 |
| | | 21'x18' Royal BluePleaded | 2 |
| | | 24'x24' Royal Blue satin drape | 1 |
| | | | |
| **Duvetyne** | Stock | **Duvetyne** | Stock |

| | | | |
|---|---|---|---|
| 6"x68'  Skirt FT | 1 | 6'x15' FT | 1 |
| 12"x16' Skirt FT | 5 | 6'6"x11' PK | 1 |
| 12"x32' Skirt FT | 2 | 6' x 4' Black Pocketed Panels | 16 |
| 12"x21' Skirt FT | 1 | 7' x 7' Black Pocketed | 1 |
| 12"x24' Skirt FT | 1 | 7' x 9' Black Tie Flat | 5 |
| 12"x68' Skirt FT | 1 | 8' x 4'6" Black Pocketed Panels | 122 |
| 15"x25' Black Velcro | 1 | 8' x 10' Tie Pleated | 2 |
| 16"x46' Black Velcro | 1 | 8' x 11'5" Black Tie Flat | 1 |
| 18"x14' Black PL | 1 | 8' x 16' Black Tie Flat | 1 |
| 18"x13' Skirt PL | 1 | 10' x 4'5" Black Pocketed Panels | 6 |
| 2'x15" Black PL | 2 | 10' x 10' Black Tie Pleated | 1 |
| 2'x14" Black PL | 1 | 10' x 30' Black Tie Flat/GR | 1 |
| 2'x25" Black PL | 4 | 10'10" x 11' Black Tie Flat | 1 |
| 2'x30" Black PL | 1 | 10'x28' FT | 1 |
| 2'x26" Black PL | 1 | 10'x15' PL | 1 |
| 2'x24' Skirt PL | 1 | 10'x12' PL | 2 |
| 25"x20' Skirt PL | 1 | 11' x 10' Black Tie Pleated | 1 |
| 3.5'x16' Skirt PL | 1 | 12'x7'6" Black PL | 2 |
| 34"x12'6" Skirt PL | 2 | 12'x7'6" Black PL | 1 |
| 3' x 16' Black Sleeve/velcro | 1 | 13'x15' Black PL | 1 |
| 4' x 8' Black Tie Pleated | 1 | 15'x10'  Black ties all corners FT | 1 |
| 4' x 16' Black Tie Flat | 4 | 15'x4'6" PK Panels | 30 |
| 4'x94' Black FT | 1 | 15'x7' Black PK | 1 |
| 4'x9' Black Fl | 1 | 16'x30" PL | 2 |
| 57"x6' FT | 1 | 16'x9' PL | 3 |
| 4'x50' Skirt FT | 1 | 16'x7' FT | 1 |
| 5'x10' Skirt PL | 1 | 16'x2' PL | 6 |
| 5'x42 Skirt PL | 1 | 16'x5.7' | 1 |
| 5' x 4' Black Pocketed Panels | 55 | 16' x 10' Black Ties | 2 |
| 5' x 48' Black Tie Flat | 1 | 16'6" x 7' Black Pocketed Panel | 1 |
| 6'x12' PL | 1 | 16'x4.5' PK | 4 |
| 6'x14' FT | 1 | 18' x 6' Black  PL. | 1 |
| 6'x14' PK | 1 | 18' x 2'5" Black Tie Pleated | 6 |
| 6'x14' PL | 1 | 18'x30' PL | 6 |
| **Duvetyne** | **Stock** | **Banjo** | **Stock** |
| 18' x 13' Black Pocketed Panel | 1 | 1' x 12' Beige Banjo Pocketed Flat | 1 |

| | | | |
|---|---|---|---|
| 18'6" x 24'6" Black Tie Flat | 4 | 2' x 18' Beige Banjo Pocketed Flat | 1 |
| 20' x 7' Black FT | 2 | 8' x 4' Beige Banjo Pocketed Flat | 3 |
| 20' x 10' Black Tie Flat | 2 | 18' x 4' Beige Banjo Pocketed Flat | 70 |
| 20' x 18' Black FT | 1 | 18' x 4' white Banjo Pocketed Flat | 63 |
| 20' x 20' Black FT | 1 | 4' x 4' White Banjo Pocketed Flat | 12 |
| 22' x 4'5" Black Pocketed Panels | 13 | 3'x4' White banjo Pocketed | 15 |
| 22' x 8'6" Black Tie Pleated | 2 | 3'X4' Black banjo Pocketed | 120 |
| 22' x 10' Black Tie Pleated | 20 | 8' x 4' Black Banjo Pocketed Flat | 140 |
| 25' x 10' Black Tie Pleated | 47 | 3' x 12' Burgundy Banjo Pocketed Flat | 10 |
| 26'x10' Black PL | 1 | 8' x 4' Burgundy Banjo Pocketed Flat | 10 |
| 30' x 15' Black Tie Flat | 12 | 16' x 4' Yellow Banjo Pocketed Flat | 3 |
| 30'x7.5' Ties/PL | 1 | | |
| 35'x7.5' Ties PL | 1 | | |
| 12"x80' DARK Gray FL | 2 | | |
| 12"x81'  DARK Gray FL/GR | 2 | **Chiffon** | |
| 2'x19" Black PL | 1 | 156" x 30" Blue Chiffon | 1 |
| 2'x28' Gray Fl | 1 | 14.6' x 30' Blue Chiffon | 1 |
| 2'x40' Gray FL | 1 | 28' x 10' Ivory Chiffon 200% Tie | 1 |
| 1' x 15' Gray Tie Flat | 1 | 28' x 15' Ivory Chiffon 200% Tie | 2 |
| 1' x 45' Gray Flat No Ties | 1 | 12.6' x 24' White Chiffon Ties 200% Fullness | 2 |
| 3' x 20' Gray Flat No Ties | 1 | 15' White Chiffon Swag | 1 |
| 12' x 15' Gray Tie Flat | 1 | 17' White Chiffon Swag | 1 |
| 16" x 20' Gray Tie FT | 1 | 20' x 52' White Chiffon 50% Fullness | 2 |
| 19'x10' Gray FT | 1 | 28' White Chiffon Swag | 2 |
| 48' x 22' Gray Tie Flat | 1 | 10' x 10' White Chiffon Pocketed Panels | 6 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| **Volcano** | **Stock** | **Volcano** | **Stock** |
| 1'x16' PL White volcano | 1 | 30' x 24' Burgundy Tie Pleated | 2 |
| 2'x60' FT Black | 1 | 5' x 16' White Tie Flat | 1 |

| | | | |
|---|---|---|---|
| 2'x60' Black FT | 1 | 22' x 10' White Volcano PL | 15 |
| 5' x 25' Black Tie Flat | 5 | | |
| 8'x12' Black FT | 1 | | |
| 8'x12' Black FT | 1 | 2'x18' Gray PL | 2 |
| 10' x 4.5' Black Pocketed Panels | 15 | 30"x3' Gray PL | 4 |
| 12'x20' Black FT | 2 | 30"x27' Gray PL | 3 |
| 16' x 10' Black Tie Pleated | 1 | 30" x28' Gray | 1 |
| 16' x 12' Black Tie FL | 6 | 8'x10' Gray PL | 2 |
| 16'x20' Black PL | 2 | 16'x10' Gray PL | 9 |
| 16' x 25' Black Tie Flat | 1 | 16'x20' Gray PL | 2 |
| 19' x 66' Black Tie Flat | 1 | 26'x3' Gray PL | 1 |
| 20' x 8' Black Tie Flat | 1 | 26'x 6'6" Gray PL | 1 |
| 22' x 4.5" Black Pocketed Panels | 60 | 26'x10' Gray PL | 1 |
| 22'x8' Black FT | 2 | 30'x10' Gray PL | 26 |
| 22'x8' Black FT | 1 | | |
| 25' x 8' Black  FL | 1 | | |
| 26'x10' Black PL | 74 | | |
| 30' x 10' Black Tie Pleated | 32 | | |
| 30' x 20' Black Tie FT | 2 | | |
| 30' x 21' Black Tie FT | 2 | | |
| 32"x12' PLBlue volcano | 1 | | |
| 2'x42'  Blue Saphire PL | 1 | | |
| 4'x16'  Blue Saphire PL | 1 | | |
| 4'x18'  Blue Saphire  PL | 1 | | |
| 16" x 46'  Blue Saphire Tie Flat | 1 | | |
| 16"x30' Pl. Safire Blue | 4 | | |
| 28" x 22'  Blue Saphire Tie Flat | 1 | | |
| 32"x35' Safire Blue PL | 4 | | |
| 4'x24' Blue Safire PL | 1 | | |
| 30' x 10'  Blue Saphire  Tie Pleated | 15 | | |
| 8'x32' Blue saphire ties PL | 4 | | |
| 27'x10' Blue saphire ties PL | 14 | | |
| 18" x24' Burgundy ties PL | 2 | **ENCORE** | |
| 6'x31' Burgundy Tie FL | 1 | 18" x 8' Black FT | 1 |
| 30' x 10' Burgundy Tie Pleated | 7 | 4' x60 Black | 1 |
| **Felt** | | 10'x18  Blue Pleaded | 1 |

| | | | |
|---|---|---|---|
| 2' x 32' White Pocketed | 1 | 4'x18 Blue Pleaded | 1 |
| 2' x 64' White Pocketed | 1 | 57"x26' Black FL | 1 |
| | | 8'x 16' Black PL | 1 |
| | | 10'x35 Black  Fl | 2 |
| | | 10'x60' Black FL | 1 |
| | | 10'x14' Black Snaps PL | 1 |
| **Muslin Cyc** | **Stock** | 10'x10' Black PL | 1 |
| 12'x9 Bleached White muslin Cyc seamless ties | 2 | 10'x20' Black PL | 2 |
| 12' x 25' Bleached White Muslin Cyc Seamless Ties | 1 | 8'x8 BIACK FL | 1 |
| 12' x 45' Bleached White Muslin Cyc Seamed | 1 | 20'x9' Black PL | 1 |
| 14'x35' Bleached White Muslin Cyc Seamless Ties | 1` | 16'x15' Black FL | 1 |
| 16'5" x 18' Bleached  Cyc Seamless Ties (sm.stains) | 1 | 22' x 4'5" Burgundy Pocketed Panels | 36 |
| 16'x38' Bleached Ties/horizontal. Seams | 2 | 22' x 4.5' Beige Pocketed Panels | 34 |
| 17' x 16' Bleached White Muslin Cyc Seamless Ties | 1 | | |
| 18'6" x 24' Bleached White Muslin Cyc Seamless Ties | 1 | | |
| 18'x36 Bleached Whitr . seamless Ties | 1 | | |
| 18' x 49' Bleached White Muslin Cyc Seamed | 1 | | |
| 19' x 60' Bleached White Muslin Cyc Seamless Ties | 1 | | |
| 19' x 70' Bleached White Muslin Cyc Seamless Ties | 1 | | |
| 20' x 31' Natural Muslin Cyc Seamless Ties | 1 | **Fiber Optic Drape** | |
| 22' x 50' Natural Muslin Cyc Seamless Ties | 1 | 20' x 20' Black Tie Flat (damaged) | 2 |
| 24' x 59' Bleached White Muslin Cyc Seamless Ties | 1 | | |
| 24'9" x 52' mustard Cyc w/ Ties Horizontal Seams | 1 | **Show Plastic** | |
| 25' x 13' Bleached White Muslin Cyc Seamless Ties | 1 | 25"x12'  Black Pocketed Panels | 25 |
| 25' x 65' Bleached White Muslin Cyc Seamless Ties | 1 | | |
| | | | |
| | | **Satin Irradescent** | **Stock** |
| **White trevira Muslin** | | 30' x 48' piece stained salmon | 1 |
| 2—16'x67.5' Ft. Ties | 2 | 30' x 20' drape Pleated stained salmon | 1 |
| 1—16'x44' Ft. Ties | 1 | 22' x 20' Salmon/Charcoal Tie Pleated | 1 |
| 2—16'x17.5' Ft. Ties | 2 | 21' x 80' Silver W/ties | 5 |
| 1—16'x8' Ft. ties | 1 | **Polysilk** | **Stock** |
| 1—16'x41' Ft. ties | 1 | 16' x 24' Silver Polysilk Pocketed Flat | 25 |
| 1—16'x30' Ft. ties | 1 | 16' x 16.6' Silver Polysilk Tie Flat | 2 |
| 1—16'x25' Ft. ties | 1 | 7'6" x 8' Silver Polysilk Tie Flat | 3 |
| 1—16'x6' Ft. ties | 1 | 22'x50' W/chains black | 1 |

| | | | |
|---|---|---|---|
| 1—16'x26'4" Ft. ties | 1 | 18' x 24' Polysilk Flat w/ Grommets | 1 |
| 1—16'x84'4" ft. ties | 1 | 18' x 30' Polysilk Flat GR Black | 2 |
| 1—16'x45'4" Ft. ties | 1 | 12' x 10.5' Polysilk Flat No Ties Black | 1 |
| 2—8'x7' Ft. ties | 2 | 22.5'x8' ties | 2 |
| 2—8'x16' Ft. ties | 2 | 22' x 55' Silver Polysilk Tie Flat GR | 1 |
| 1—8'x6' Ft. ties | 1 | 20'7x8 Light gray | 1 |
| | | 22'6"x8' silver ties lt. gray | 1 |
| | | 16' x 4' White Polysilk Tie PK | 40 |
| | | 16' x 4' light Blue Polysilk | 25 |
| | | 8'x34' Black GR | 1 |
| | | | |
| | | | |
| | | | |
| | | | |
| **Screen Surround Cover** | **Stock** | **Copper Mylar** | **Stock** |
| 8.6' Beige Velour Screen Surround Cover | 2 | 6'H x 60'W Black/Copper Mylar Ribbon Curtain | 1 |
| 7' Black Velour Screen Surround Cover | 2 | 10'H x 15'W Black/Copper Mylar Ribbon Curtain | 1 |
| 8.6' Black Velour Screen Surround Cover | 4 | 26'H x 3'W Black/Copper Mylar Ribbon Curtain | 1 |
| 11.6' Black Volcano Screen Surround Cover | 7 | 26'H x 6'W Black/Copper Mylar Ribbon Curtain | 1 |
| 13.6' Black Velour Screen Surround Cover | 3 | 26'H x 19'W Black/Copper Mylar Ribbon Curtain | 1 |
| 15.6' Black Velour Screen Surround Cover | 2 | | |
| 16' Black Velour Screen Surround Cover | 2 | | |
| 16'9" Black Velour Screen Surround Cover | 2 | | |
| 16'10" Black Velour Screen Surround Cover | 2 | | |
| 17.5' Black Volcano Screen Surround Cover | 4 | | |
| 19'10" Black Velour Screen Surround Cover (Cotton) | 2 | | |
| 15'6" Burgundy Velour Screen Surround Cover | 2 | | |
| 8.6' Northern Grey Volcano Screen Surround Cover | 2 | | |
| 11.6' Northern Grey Velour Screen Surround Cover | 21 | | |
| 13.6' Northern Grey Volcano Screen Surround Cover | 2 | | |
| 17.6' Northern Grey Velour Screen Surround Cover | 3 | **Sharkstooth Scrim** | **Stock** |
| 11'6" Pewter Grey Velour Screen Surround Cover | 2 | 20'x40' black GR ties | 1 |
| 16'9" Pewter Grey Velour Screen Surround Cover | 2 | 18.5'x26' Black GR ties | 1 |
| 16'19" Pewter Grey Velour Screen Surround Cover | 3 | 20'x20' Balck GR ties | 2 |
| 17'6" Pewter Grey Velour Screen Surround Cover | 3 | 24'x65' Black ties | 1 |
| 10' Red Velour Screen Surround Cover | 2 | 13.5'x31' Beige ties | 1 |

| | | | |
|---|---|---|---|
| 8.6'  Sapphire Blue Velour Screen Surround Cover | 2 | 16.5'x22' Nat. White ties/snaps | 1 |
| 10' Sapphire Blue Velour Screen Surround Cover | 2 | 20'x45' Nat. White GR | 1 |
| 11.6' Sapphire Blue Velour Screen Surround Cover | 2 | 24'x25' Nat. white ties | 1 |
| 13.6' Sapphire Blue Velour Screen Surround Cover | 2 | 32.5'x10' Nat. White GR | 1 |
| 15.6' Sapphire Blue Velour Screen Surround Cover | 2 | 15.5'x23 White ties | 1 |
| 17.6' Sapphire Blue Velour Screen Surround Cover | 2 | 30'x29' White triangle GR | 1 |
| | | 9'x17' White ties | 1 |
| | | | |
| **Spandex** | **Stock** | | |
| 10' x 10' White Spandex  Velcro | 1 | **Leno scrim** | **Stock** |
| 10' x 10' White Spandex | 2 | 20'x25' Nat. white ties | 1 |
| 5'x5' White Spandex Triangle | 5 | 25'x86' Nat. seamless Ties | 1 |
| 11x13x18  White | 1 | 17'x25' White ties | 1 |
| 18' x 20 | | 17'4x10' White ties | 1 |
| | | 10'x19' Triangle White | 1 |
| | | 3'.5' x20' Rectangle White | 1 |
| **Spandex Truss socks** | **Stock** | 12'x20' Triangle White | 1 |
| 12'x12"x12" White spandex | 8 | 57'x52' Triangle White | 1 |
| 15' x3' White spandex | 1 | 30'x46' White (damaged) | 1 |
| 20' x3' White spandex | 1 | 60'x60' Triangle White | 1 |
| 6'X30" Spandex Truss Cover | 2 | 55'x3'x25' White | 2 |
| | | | |
| | | | |
| | | | |
| | | | |
| **Mirror Lahm** | | **Austrian Metalic Blue Drape** | |
| 22'x21' White iris sheer | 1 | 27' X46' | 1 |

## RENTAL INVENTORY

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | 5' Stanchion Insert | | 12 |
| Base plate 4" pin/screw assembly | | 65 | | 10' Stanchion Insert | | 31 |
| Base plate 6" pin/screw assembly | | 255 | | 15' Stanchion Insert | | 31 |
| Base plate 8" pin/screw assembly | | 178 | | 20' Stanchion Insert | | 49 |
| Lightweight base 6lb. | | 28 | | 24" stanchion off set forks | | 2 |
| Medium base 14"x 6" 12lb. | | 25 | | 8'x12"x12" Aluminun truss section | | 3 |
| Lightweight base18"x 18" 17.5 lb. | | 101 | | 10'x12"x12" Aluminum truss section | | 5 |
| Heavy base 18"x18" 35 lb. | | 112 | | 2 1/2 Truss bolt sets | | 174 |
| Heavy base 24"x24" 31 lb. | | 115 | | 4 1/2 Truss bolt set | | 162 |
| Extra heavy base 24"x24" 62lb. | | 47 | | 4'x4' Truss base plate 160 lbs. | | 13 |
| 33 lb Counterweight | | 164 | | stanchion top forks | | 38 |
| 40 lb counterweight | | 130 | | 5' crossbar 1'x2' steel tubing | | 10 |
| 4'x4'x12"H steel weight bin | | 1 | | 8' crossbar 1'x2' steel tubing | | 48 |
| counterweight cart | | 5 | | 10' top rail crossbar 1'x2' steel tubing | | 13 |
| Light weight base plate dolly | | 9 | | 12' top rail crossbar1'x2' steel tubing | | 3 |
| Medium Duty base plate cart 24"x24" | | 2 | | 15' top rail crossbar 1'x2' steel tubing | | 5 |
| 3' H fixed telepole | | 28 | | 20' top rail crossbar 1'x2' steel tubing | | 18 |
| 3' - 5 Adjustable telepole | | 8 | | Straight top rail conectors | | 15 |
| 4' - 7' Adjustable telepole | | 36 | | Swivel top rail conectors | | 10 |
| 7' - 12 Adjustable telepole | | 81 | | Midium duty stanchions 3' - 10' | | 10 |
| 8'-14' Adjustable telepole | | 50 | | Heavy duty stanchions 10' - 25' | | 60 |
| 8H Fixed telepole | | 75 | | Heavy duty stanchion cart | | 6 |
| 10 ' fixed telepole | | 16 | | Telepole/telerode cart | | 5 |
| 2' - 3' adjustable telerode | | 13 | | Par- Fixtures | | 35 |
| 11' - 20' Adjustable telepole | | 5 | | Job Box | | 1 |
| 12' - 22' Adjustable telepole | | 256 | | 1 ton chain falls | | 4 |
| 3' - 5' Adjustable telerode | | 26 | | Medium duty curtain track #300 curved 16' sec | | 2 |
| 4' - 7 Adjustable telerode | | 225 | | Medium duty curtain track #300 curved 24' sec | | 1 |
| 8" - 15" adjustable telerode | | 11 | | Overlap clamp | | 100 |
| Flatbed rolling steel pushcart | | 28 | | Pipe hanger clamp (#280) | | 120 |
| Flatbed rolling plastic pushcart | | 12 | | Splice joint conectorTrack hanger clamp (#280 | | 18 |

| | | | 40 | 4'X8'X1/4" Mirrored Sheets | | | 30 |
|---|---|---|---|---|---|---|---|
| 4'X8'X1" Plexi Glass Stage Sheeting | | | 40 | 4'X8'X1/4" Mirrored Sheets | | | 30 |
| | | | | Misc. Mirrored Strips (Various sizes) | | | 50 |
| Heavy duty curtain track #280 14' section | | | 1 | X -Brace for 5X7 scaffold | | | 67 |
| Heavy duty curtain track #280 16' section | | | 2 | C- Clamps | | | 196 |
| Heavy duty curtain track #280 26' section | | | 14 | HD Stage platform - 2 x 2 Steel | | | 1 |
| Fixed cheeseborough | | | 5 | HD Stage platform - 2 x 4 Steel | | | 1 |
| Swivel cheeseborough | | | 30 | HD Stage platform - 2 x 8 Steel | | | 26 |
| 12"x12"x12" Aluminum Truss 6 way corner bld | | | 4 | HD Stage platform - 4 x 4 Steel | | | 16 |
| 3'x12"x12" Aluminum truss Section | | | 2 | HD Stage platform - 4 x 6 Steel | | | 2 |
| 5'x12"x12" Aluminum truss section | | | 2 | HD Stage platform - 4' circle Steel | | | 2 |
| 8'x12"x12" Aluminum truss section | | | 2 | HD Stage platform - 4 x 8 Steel | | | 112 |
| 10'x12"x12" Aluminum truss section | | | 3 | HD Stage platform - 6' circle Steel | | | 4 |
| | | | | HD Stage platform - 4 x 8 Steel triangle | | | 10 |
| Scaffold connecting pins | | | 80 | HD Stage platform - 8 x 8 Steel | | | 15 |
| 5'Wx5'H End frame (ladder type) | | | 28 | HD Stage platform - 8 x 12 Steel | | | 1 |
| 5'Wx6'8"H End frame (ladder type) | | | 12 | HD Stage platform - 8 x 16 Steel | | | 1 |
| 24" Extension base plate | | | 44 | HD Stage platform - 8 x 20 Steel | | | 3 |
| Gavity lock pins | | | 78 | HD Stage aluminum Pool platforms 4'x8' | | | 30 |
| 10' Goosers diagonal | | | 6 | HD Stage aluminum Pool platforms 2'x8' | | | 2 |
| 7' Goosers Straight | | | 19 | HD Stage platform leg finished height 48" | | | 289 |
| Scaffolding rolling carts | | | 4 | HD Stage platform leg finished height 12" | | | 225 |
| 5' W sections safety rails/scaffolding | | | 19 | HD Stage platform leg finished height 16" | | | 80 |
| 7' W sections safety rails/scaffolding | | | 26 | HD Stage platform leg finished height 24" | | | 714 |
| Safety rail post (Blue) | | | 10 | HD Stage platform adj.leg finished height 32" | | | 102 |
| Safety rail post (Red) | | | 12 | HD Stage platform adj.leg finished height 36" | | | 230 |
| 10" swivel locking weels | | | 24 | HD Stage platform leg finished height 42" | | | 146 |
| 10' x 19" Aluminum and plywood walkboards | | | 26 | HD Stage platform leg finished height 48" | | | 532 |
| 7' x 19" Aluminum and plywood walk boards | | | 21 | HD Stage platform leg finished height 52" | | | 53 |
| X -Brace for 5X10 scaffold | | | 11 | HD Stage platform Adjusted height 8"-16" | | | 48 |
| | | | | | | | |
| **Pedestals** | | | | | | | |
| Circular 30" Diameter 42" high | | Black Laminate | | | QTY 1 | | |

| | | | | | |
|---|---|---|---|---|---|
| Cube  30" X 30" X 42" high | Black Laminate | QTY 1 | | | |
| Cube 24" X 24" X 36" high | Black Paint | QTY 2 | | | |
| 24" X 24" X 24" high | Black Paint | QTY 2 | | | |
| 24" X 24" X 12" high | Black Paint | QTY 2 | | | |
| 18" X 18' X 24" high | Black Paint | QTY 1 | | | |
| | | | | | |
| | | | | | |
| **1 Ton Chain Motors** | | | | | |
| 4 Motors w/controller in Cases | | | | | |
| | | | | | |
| | | | | | |
| **1 Custom Futuristic Set  19 pcs.** | | | | | |
| | | | | | |
| **Custom Curved Desk Panel Set** | | | | | |
| | | | | | |
| **PSAV Flats  (stored for them)** | | | | | |
| | | | | | |
| **1 Electric Golf Cart** | | | | | |
| | | | | | |
| **Stage Platform Legs** | | | | | |
| HD Stage platform Adjustable leg 12" - 18" | 46 | | | | |
| HD Stage platform Adjustable leg 17" - 24" | 40 | | | | |
| HD Stage platform Adjustable leg 13' - 19" | 34 | | | | |
| HD Stage platform Adjustable leg 22"- 28" | 215 | | | | |
| HD Stage platform Adjustable leg 29" - 35" | 69 | | | | |
| HD Stage platform Adjustable leg 32" - 44" | 181 | | | | |
| HD Stage platform Adjustable leg 48" - 60" | 28 | | | | |
| HD Stage platform Adjustable leg 60" - 72" | 58 | | | | |
| Aluminum leg  12" | 24 | | | | |
| Aluminum leg  16" | 36 | | | | |
| Aluminum leg  41" | 14 | | | | |
| Aluminum leg  48" | 48 | | | | |

| Aluminum leg  58" | | | 6 | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Barstools | | | 27 | | | | | | |
| podiums | | | 64 | | | | | | |

B6C (Official Form 6C) (12/07)

.

In re **JAY A RITZ, SR,**                                          Case No.   **09-14575**
      **MELODY A RITZ**

                                                    Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED

Debtor claims the exemptions to which debtor is entitled under:       ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                         $136,875.
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **Checking Account** | **Nev. Rev. Stat. § 21.090(1)(g)** | **250.00** | **250.00** |
| **Household Goods and Furnishings** | | | |
| **Ordinary household furniture** | **Nev. Rev. Stat. § 21.090(1)(b)** | **8,000.00** | **8,000.00** |
| **Wearing Apparel** | | | |
| **Ordinary clothing** | **Nev. Rev. Stat. § 21.090(1)(b)** | **600.00** | **600.00** |
| **Furs and Jewelry** | | | |
| **Wedding rings** | **Nev. Rev. Stat. § 21.090(1)(z)** | **1,000.00** | **1,000.00** |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **1994 Mitsubishi 3000** | **Nev. Rev. Stat. § 21.090(1)(z)** | **1,000.00** | **2,500.00** |
| **2000 Isuzu Box Truck** | **Nev. Rev. Stat. § 21.090(1)(f)** | **4,500.00** | **4,500.00** |
| **2001 Lincoln LS Sedan** | **Nev. Rev. Stat. § 21.090(1)(f)** | **5,025.00** | **5,025.00** |
| **Office Equipment, Furnishings and Supplies** | | | |
| **Office equipment** | **Nev. Rev. Stat. § 21.090(1)(d)** | **750.00** | **750.00** |
| **Machinery, Fixtures, Equipment and Supplies Used in Business** | | | |
| **Drapery and other miscellaneous rental items (Needs fire certification approx. $50K); See attached Drape Rental Inventory 2008** | **Nev. Rev. Stat. § 21.090(1)(d)** | **7,000.00** | **7,000.00** |
| **Rental inventory; see attached inventory sheets** | **Nev. Rev. Stat. § 21.090(1)(d)** | **8,000.00** | **8,000.00** |
| | Total: | **36,125.00** | **37,625.00** |

  **0**   continuation sheets attached to Schedule of Property Claimed as Exempt

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                Best Case Bankruptcy